UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNENVIRONMENT, INC., and CLEAN AIR COUNCIL,<br><br>       Plaintiffs,<br><br>  v.<br><br>UNITED STATES STEEL CORPORATION,<br><br>       Defendant. | Civil Action No.: 2:19-cv-00484-AJS |

## **LOCAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Western District of Pennsylvania, the undersigned counsel for Plaintiffs PennEnvironment, Inc. and Clean Air Council certify that these parties have no parents, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated: April 29, 2019

                                             /s/   *Thomas J. Farrell*
                                             Thomas J. Farrell
                                             PA ID No. 48976
                                             Farrell, Reisinger & Comber, LLC
                                             300 Koppers Building
                                             436 Seventh Avenue
                                             Pittsburgh, PA 15219
                                             (412) 894-1380
                                             tfarrell@farrellreisinger.com

                                             Joshua R. Kratka
                                             Charles C. Caldart
                                             Margaret M. A. Nivison
                                             *Pro hac vice motions to be filed*

National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4333
josh.kratka@nelconline.org

David Nicholas
*Pro hac vice motion to be filed*
20 Whitney Road
Newton, Massachusetts  02460
(617) 964-1548
dnicholas100@gmail.com

*ATTORNEYS FOR PLAINTIFFS*