**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PENNENVIRONMENT, INC. and CLEAN AIR COUNCIL, | : | Civil Action No.  2:19-cv-00484-WSH |
| | : | |
| Plaintiffs, | : | |
| | : | |
| ALLEGHENY COUNTY HEALTH DEPARTMENT, | : | |
| | : | |
| Plaintiff-Intervenor, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES STEEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW on this _____ day of August, 2021, upon consideration of U. S. Steel's

Unopposed Motion for Leave to File Documents Under Seal, said Motion is GRANTED.

Plaintiffs shall be permitted to file under seal the following documents:

1) August 31, 2019 Report of Ranajit Sahu: (a) photographs on pages 10-11, 40-41, and (b)

the chart and accompanying text on page 21; and

2) U. S. Steel's Answers to PennEnvironment's First Set of Interrogatories: (a) U. S. Steel's

answer to Interrogatory No. 5, and (b) the final sentence of its answer to Interrogatory No.

7.

Plaintiffs shall further redact the referenced portions of these documents – as well as any

portion of their motion(s) and/or supporting brief(s) that reproduce or discuss in detail the

information contained therein – and attach the redacted versions of these documents as unsealed

exhibits to any forthcoming motion(s).

_____
W. Scott Hardy
United States District Judge