IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PENNENVIRONMENT, INC. and
CLEAN AIR COUNCIL,
        Plaintiffs,

and

ALLEGHENY COUNTY
HEALTH DEPARTMENT,
        Plaintiff-Intervenor,

vs.

UNITED STATES STEEL
CORPORATION,
        Defendant.

Civil Action No. 2:19-cv-00484

**JOINT MOTION FOR ENTRY OF CONSENT DECREE FOLLOWING MANDATORY 45-DAY WAITING PERIOD**

       The parties jointly move this Court to enter, after a statutorily mandated 45-day waiting period, the attached consent decree to fully settle this case. Pursuant to the Clean Air Act ("CAA"), 42 U.S.C. § 7604(c)(3), a copy of the proposed consent decree is being sent to the U.S. Attorney General and U.S. EPA. Under that section of the CAA, the federal government has 45 days from receipt of the proposed consent decree to submit to the Court any comments it has on the decree. The parties will notify the Court when the 45-day period has expired.

Dated: January 29, 2024

Respectfully submitted,

*/s/ Mark K. Dausch*
Mark K. Dausch (PA I.D. No. 205621)
Mark K. Shepard (PA I.D. No. 36902)
James D. Mazzocco (PA I.D. No. 318410)

*/s/ Matthew J. Donohue*
Matthew J. Donohue (MA Bar #686191)
Joshua R. Kratka (MA Bar #544792)
Charles C. Caldart (MA Bar #547064)

| | |
|---|---|
| Babst, Calland, Clements, and Zomnir, P.C.<br>Two Gateway Center, 6th Floor<br>603 Stanwix Street<br>Pittsburgh, Pennsylvania 15222<br>(412) 394-5655<br><br>*Counsel for Defendant*<br>*United States Steel Corporation*<br><br>*/s/ Jason K. Willis*<br>Jason K. Willis (PA ID. No. 86752)<br>Brendan Turley (PA ID. No. 326538)<br>Wesley Speary (PA ID No. 321201)<br>Allegheny County Health Department<br>301 39th Street, Building 7<br>Pittsburgh, PA 15201-1811<br>(412) 578-8124<br><br>*Counsel for Plaintiff-Intervenor,*<br>*Allegheny County Health Department* | *Admitted pro hac vice*<br>National Environmental Law Center<br>294 Washington Street, Suite 500<br>Boston, MA 02108<br>(617) 747-4304<br><br>David Nicholas, Esq. (MA BAR #553996)<br>*Admitted pro hac* vice<br>20 Whitney Road<br>Newton, MA 02460<br>(617) 964-2548<br><br>Michael Comber, Esq. (PA ID No. 81951)<br>Reisinger Comber & Miller, LLC<br>300 Koppers Building<br>Pittsburgh, PA 15219<br>(412) 894-1380<br><br>*Counsel for Plaintiffs,*<br>*PennEnvironment and Clean Air Council* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2024, I filed a copy of this document with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

                   */s/ Matthew J. Donohue*
                   Matthew J. Donohue